IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNY CHEN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-3617 |
| | : | |
| AMTRAK, et al. | : | |

## **ORDER**

AND NOW, this 8th day of November, 2018, following a Rule 16 conference with the parties, it is ORDERED that discovery in the above-captioned matter is bifurcated, and the schedule is as follows:

- Discovery shall commence immediately on class certification issues;

- All factual discovery, limited to class-certification issues, shall be completed by March 1, 2019;

- Plaintiffs shall file their motion for class certification by March 1, 2019;

- Defendants shall file any opposition to Plaintiffs' motion for class certification by April 1, 2019;

- A hearing to address Plaintiffs' class certification motion shall be held on April 19, 2019, at 9:00 a.m. in Courtroom 14B;

- Should Plaintiffs' class certification motion be granted, a status conference to schedule remaining merits-based discovery shall be scheduled any time after the hearing to address Plaintiffs' class certification motion.

BY THE COURT:


/s/   Juan R. Sánchez
Juan R. Sánchez, C.J.