IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JENNY CHEN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-3617 |
| | : | |
| AMTRAK, et al. | : | |

FILED

OCT 18 2019

KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 17th day of October, 2019, upon consideration of Plaintiffs Jenny Chen

and Brian Jordan's Motion for Class Certification, Defendants Amtrak and RWC, Inc.'s

opposition thereto, and the parties' presentations at the April 30, 2019, oral argument on the

Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED

Plaintiffs' Motion (Document 16) is DENIED.

BY THE COURT:

Juan R. Sánchez, C.J.