IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENNY CHEN, et al.                                                      CIVIL ACTION

v.                                                                      No. 18-3617

AMTRAK, et al.

**ORDER**

AND NOW, this 6th day of January, 2020, it having been reported the issues between the

parties in the above action have been settled and upon Order of the Court pursuant to the provisions

of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED the above-

captioned action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

Juan R. Sánchez, C.J.